CHARLES E. ROSEMOND v. JOHN McPHERSON.

(Filed 9 November, 1911.)

Appeal and Error—Certiorari—Appeal Dismissed—Assignments of Error—Printing Brief.

Case docketed and dismissed under Rule 17, the appellant moving too late for writ of *certiorari,* and not having made out his assignments of error or grouping his exceptions, or filing his brief in time.

APPEAL by defendant from *Daniels, J.,* at May Term, 1911, of ORANGE.

*J. W. Graham for plaintiff.*
*C. D. Turner for defendant.*

PER CURIAM. This appeal is dismissed. The motion to docket and dismiss under Rule 17 was made before the appellant applied for writ of *certiorari* to bring up case on appeal. The appellant did not file his brief within the time prescribed and the case on appeal contains no assignments of error or grouped exceptions, as required by the rules of this Court.

Appeal dismissed.